1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  VINISHA RENEE FLOODS,            1:07-cv-00073-AWI-SMS-P

12            Plaintiff,        **ORDER ADOPTING FINDINGS AND**
                                **RECOMMENDATION** (Doc. 5)
13  vs.
                                **ORDER DISMISSING ACTION**
14  M. LOPEZ,

15            Defendant.
    _____/
16

17      Plaintiff, Vinisha Renee Floods ("plaintiff"), a state

18  prisoner proceeding pro se, has filed this civil rights action

19  seeking relief under 42 U.S.C. § 1983.  The matter was referred

20  to a United States Magistrate Judge pursuant to 28 U.S.C.

21  § 636(b)(1)(B) and Local Rule 72-302.

22      On June 8, 2007, the Magistrate Judge filed Findings and a

23  Recommendation herein which were served on plaintiff and which

24  contained notice to plaintiff that any objections to the Findings

25  and Recommendation were to be filed within thirty (30) days.  To

26  date, plaintiff has not filed objections to the Magistrate

27  Judge's Findings and Recommendation.

28  //

                                  1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendation, filed June 8, 2007, are ADOPTED IN FULL; and,

2.    This action is DISMISSED based on plaintiff's failure to obey the court's order of March 12, 2007.

IT IS SO ORDERED.

**Dated:   August 4, 2007**                         **/s/ Anthony W. Ishii**
                                              UNITED STATES DISTRICT JUDGE